**E-FILED**
Friday, 12 August, 2005  08:45:27 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN R. WHITLOW, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 04-1301 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

This matter is now before the court on Petitioner John Whitlow's Motion to Proceed In Forma Pauperis on Appeal.  For the reasons set forth below, his Motion [#25] is DENIED.

Whitlow seeks leave to proceed in forma pauperis on appeal, however, this court finds Whitlow's claim of poverty to be untrue.  Whitlow currently maintains $1750 in a savings account, earns approximately $50 dollars a month in a prison job, $400 a month in retirement earnings, has a house valued at $150,000, and a car worth an unspecified amount. Additionally, Whitlow's spouse nets $5000 a month in her job, and Whitlow's prison fund ledger reveals that he receives at least $120 a month in gifts, and sometimes much more.  His balance as of July 22, 2005 was $108.91.  Although it appears that Whitlow is adept at spending these sums, an analysis of his trust fund account for the last six months and other assets reveals that he has sufficient income to cover the appellate filing fee.

Accordingly, the court finds Whitlow's allegation of poverty to be untrue, and his Application to Proceed In Forma Pauperis on Appeal [#25] is therefore DENIED.

ENTERED this 11th day of August, 2005.


_____s/ Michael M. Mihm_____
Michael M. Mihm
United States District Judge